FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 15-54509 | Trustee Name: | Susan L. Rhiel |
|---|---|---|---|
| Case Name: | Crescent & Sprague Supply Co., Inc. | Date Filed (f) or Converted (c): | 02/02/2016 (c) |
| For the Period Ending: | 5/10/2016 | §341(a) Meeting Date: | 03/04/2016 |
|  |  | Claims Bar Date: | 06/02/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Real estate at 1100 Greene Street, Marietta, Ohio 45750 | $2,000,000.00 | $0.00 | | $0.00 | FA |
| 2 | Petty cash fund and cash on hand | $3,350.00 | $0.00 | | $0.00 | FA |
| 3 | Settlers Bank checking account (Operating): Settlers Bank checking (Payroll); Settlers Bank (Savings): Huntington Bank (checking) | $172,732.17 | $0.00 | | $1,861.95 | FA |
| 4 | American Electric Power security deposit | $540.00 | $540.00 | | $0.00 | FA |
| 5 | Do It Best Preference Shares 571 | $57,100.00 | $0.00 | | $0.00 | FA |
| 6 | Do It Best Corp. Preference shares 300 | $30,000.00 | $0.00 | | $0.00 | FA |
| 7 | Accounts receivable | $2,895,743.00 | $151,115.09 | | $69,358.93 | $110,641.07 |
| 8 | Automobiles | $8,000.00 | $0.00 | | $0.00 | FA |
| 9 | Computer equipment, chairs, desks, and faxes | $1,350.00 | $0.00 | | $0.00 | FA |
| 10 | Shelving, carts, signs, cabinets, tractor | $50,000.00 | $0.00 | | $0.00 | FA |
| 11 | Inventory | $3,222,076.00 | $0.00 | | $0.00 | FA |
| 12 | Workers compensation deposit | $1,000.00 | $0.00 | | $0.00 | FA |
| 13 | Ohio Casualty Group Employee dishonesty-fidelity bond | $159.78 | $159.78 | | $0.00 | $159.78 |
| 14 | Litigation against Re-Light Recycling, LLC | $0.00 | $0.00 | | $0.00 | FA |
| 15 | Loan to shareholder (u) | $0.00 | $1,268,344.00 | | $0.00 | $1,268,344.00 |

| | | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | $8,442,050.95 | $1,420,158.87 | | $71,220.88 | $1,379,144.85 |

**Major Activities affecting case closing:**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2

| | | |
|---|---|---|
| **Case No.:** | 15-54509 | |
| **Case Name:** | Crescent & Sprague Supply Co., Inc. | |
| **For the Period Ending:** | 5/10/2016 | |

| | |
|---|---|
| **Trustee Name:** | Susan L. Rhiel |
| **Date Filed (f) or Converted (c):** | 02/02/2016 (c) |
| **§341(a) Meeting Date:** | 03/04/2016 |
| **Claims Bar Date:** | 06/02/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

05/09/2016  This case was filed under chapter 11 on July 10, 2015 and converted to chapter 7 on February 2, 2016. Most of the Debtor's assets were sold during the pendency of the chapter 11 proceedings. Since her appointment, the Trustee has collected outstanding accounts receivable and has engaged the services of a collection agent to handle the collection of the remaining accounts. The Trustee is also in the process of evaluating potential avoidance actions and claims against third parties. She has subpoenaed and received a number of accounting documents from the Debtor's former accountant and is scheduled to examine him on June 2, 2016.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** 06/01/2017 | **Current Projected Date Of Final Report (TFR):** 06/01/2017 | /s/ SUSAN L. RHIEL | |
| | | SUSAN L. RHIEL | |