**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 15-54509 |
| | : | Chapter 7 (Judge Caldwell) |
| Crescent & Sprague Supply Co., Inc. | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Debtor. | : | |

**NOTICE OF DEADLINE TO FILE CHAPTER 11 ADMINISTRATIVE CLAIMS AND CHAPTER 11 CLAIMS**

Pursuant to the Order of this Court entered on May 26, 2016 [Doc. #161], Susan L. Rhiel, chapter 7 Trustee in the above-referenced case, hereby gives **NOTICE** to all creditors and parties in interest in the within case and all those parties included on the Schedule of Unpaid Debts filed on April 28, 2016 [Doc. #154], that any and all motions/applications for the allowance of claims for administrative expenses ("Chapter 11 Administrative Claims") or proofs of claim for claims within the purview of 11 U.S.C. §348(d), incurred in the above-referenced case after the commencement of this chapter 11 case on July 10, 2015 and prior to conversion of this case to chapter 7 on February 2, 2016 ("Chapter 11 Claims"), shall be filed with the Clerk by July 30, 2016. Any such Chapter 11 Administrative Claims and Chapter 11 Claims filed after this date will be barred.

This Notice does not alter the time for filing administrative claims incurred after the conversion of this case to a chapter 7 bankruptcy case.

Respectfully submitted,

**RHIEL & ASSOCIATES CO., LPA**

/s/ Susan L. Rhiel
Susan L. Rhiel (0034533)
Kristin Radwanick (0079106)
394 East Town Street
Columbus, Ohio 43215
Telephone: (614) 221-4670
Facsimile:  (614) 227-0326
pleadings@susanattorneys.com

2