UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION
AT COLUMBUS

| | | |
|---|---|---|
| IN RE: | : | Case No. 2:15-bk-54509 |
| | : | (Chapter 7) |
| CRESCENT & SPRAGUE SUPPLY CO., INC., | : | (Judge Charles M. Caldwell) |
| | : | |
| Debtor. | : | |
| | : | |

AMENDED
MOTION BY HUBBELL LIGHTING, INC. FOR ALLOWANCE OF ADMINISTRATIVE
EXPENSE CLAIM UNDER 11 U.S.C. § 503(b)(9)

Hubbell Lighting, Inc. ("Hubbell") amends its Motion by Hubbell Lighting, Inc. for allowance of administrative expenses claim under 11 U.S.C. § 503(b)(9) (Doc. 174) for entry of an order allowing Hubbell an administrative expense claim pursuant to 11 U.S.C. § 503(b)(9) to reduce the amount sought by $382.15 to a total of $10,552.27 based on the elimination of two invoices as follows:

| invoice number | invoice date | invoice amount |
|---|---|---|
| 415175841 | 07/06/2015 | $104.15 |
| 415219047 | 07/10/2015 | $278.00 |

WHEREFORE, Hubbell requests entry of an order allowing Hubbell an administrative expense claim for $10,552.27 under 11 U.S.C. § 503(b)(9), which claim is entitled to a priority under 11 U.S.C. 507(a)(2), and awarding Hubbell any other just relief.

Respectfully submitted,

/s/ *Richard Boydston*
Richard Boydston (022360)
Counsel for Hubbell Lighting, Inc.
Bingham Greenebaum Doll LLP
255 East 5th Street #2350
Cincinnati, Ohio 45202-4728
513.455.7663
513.762.7963 (fax)
rboydston@bgdlegal.com

CERTIFICATE OF SERVICE

I certify that on August 4, 2016, a copy of the foregoing Motion of Hubbell Lighting, Inc. for Allowance of Administrative Expense Claim under 11 U.S.C. § 503(b)(9) was served on the following registered ECF participants electronically through the court's ECF System at the email address registered with the court:

Khadine L. Ritter at ritter@theisenbrock.com

Myron N. Terlecky at mnt@columbuslawyer.net

Susan L. Rhiel at pleadings@susanattorneys.com

Pamela Arndt at Pamela.D.Arndt@usdoj.gov

and on the following by ordinary U.S. Mail addressed to:

Cresent & Sprague Supply Co., Inc.
PO Box 1027
Marietta, OH 45750

/s/ *Richard Boydston*

17600668_1.docx