**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: October 19, 2016**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re:  Crescent & Sprague Co., Inc. | : | Case No. 15-54509 |
| | : | |
| Debtor. | : | Chapter 7 |
| | : | |
| | : | Judge Caldwell |

### AGREED ORDER ON TRUSTEE'S AMENDED OBJECTION TO CLAIM NO. 99 OF OHIO DEPARTMENT OF TAXATION [DOCKET NO. 190]

This matter is before the Court on the Trustee's Amended Objection to Claim No. 99 of Ohio Department of Taxation [Docket No. 190]. The parties having reached an agreement as to all issues raised in the Objection, it is hereby ORDERED:

That Claim No. 99 of the Ohio Department of Taxation be treated as a tardily filed general unsecured claim in the amount of $43,675.41.

IT IS SO ORDERED.

2

**APPROVED & SUBMITTED BY:**

| | |
|---|---|
| /s/ Kristin Radwanick | /s/ Erin M. Dooley |
| Susan L. Rhiel (0034533) | Charles A. Mifsud (0070498) |
| Kristin Radwanick (0079106) | Special Counsel to the Ohio Attorney General |
| 394 East Town Street | Brian M. Gianangeli (0072028) |
| Columbus, OH 43215 | Erin M. Dooley (0089092) |
| Phone: (614) 221-4670 | The Law Office of Charles Mifsud, LLC |
| Fax: (614) 2217-0326 | 6305 Emerald Parkway |
| pleadings@susanattorneys.com | Dublin, OH 43016 |
| kristin@susanattorneys.com | Phone: (614) 389-6357 |
| Attorneys for Trustee | Fax: (614) 389-2294 |
| | erin.dooley@mifsudlaw.com |
| | Attorneys for Creditor, |
| | Ohio Department of Taxation |

cc: Erin M. Dooley, 6305 Emerald Parkway, Dublin, Ohio 43016
Ohio Department of Taxation, PO Box 530, Columbus, OH 43216-0530
Default List

# # #