**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: November 17, 2016**

---

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | **Case No. 15-54509** |
| | : | |
| Crescent & Sprague Supply Co., Inc., | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge Caldwell |

### ORDER REGARDING HEARING SCHEDULED
### FOR NOVEMBER 21, 2016, AT 4:00 P.M. (DOC. NO. 200)

The Court has reviewed the information submitted *in camera,* along with the Supplemental Response of the United States Trustee (Doc. No. 220). Contrary to prior representations, the subject litigation is not resolved. The Court has only been presented with documents that are not signed by the litigants, and there is no final, non-appealable order signed by the Delaware Bankruptcy Court. Indeed, it appears that the settlement proposal was just recently submitted, and that there is a settlement process in place that could take a considerable period of time to complete.

During the scheduled hearing, Mr. Levinson, without discussing the details of the settlement proposal or nature of the litigation, shall testify in person regarding: **a.** the date when the settlement proposal was first presented to the opposition; **b.** any responses he has received to date; **c.** how the settlement approval process is conducted under the Delaware Court's procedures; and **d.** when he expects to receive a final, non-appealable order, in accordance with those procedures.

**IT IS SO ORDERED.**

Copies to:

Default List
Jeffrey M. Levinson, Esq., Levinson LLP, 55 Public Square, Suite 1510, Cleveland, Ohio 44113